IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHRYN JONES | § | |
| | § | |
| v. | § | CIVIL ACTION NO.4:07-CV-514-Y |
| | § | |
| MICHAEL J. ASTRUE | § | |
| Commissioner of | § | |
| Social Security | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On November 12, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration ("the Commissioner") denying plaintiff Kathryn Jones's claim for disability benefits be affirmed.

The magistrate judge's order gave all parties until December 3 to serve and file with the Court written objections to his proposed findings. The Court has not received any written objections. As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings and conclusions for plain error and has found none.

Therefore, after review, the Court ADOPTS the findings and conclusions of the magistrate judge as the findings and conclusions of this Court, and the Commissioner's decision is AFFIRMED.

SIGNED December 19, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE